NUMBER 13-02-340-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________



HALLIBURTON DE MEXICO, S.A. DE C.V. , Appellant,



v.




MARIA JOSEFINA ROS ORTEGON, ET AL. , Appellees.

____________________________________________________________________



On appeal from the 93rd District Court

of Hidalgo County, Texas.


____________________________________________________________________



MEMORANDUM OPINION

 

Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam



 Appellant, HALLIBURTON DE MEXICO, S.A. DE C.V. , perfected an appeal from an order entered by the 93rd District
Court of Hidalgo County, Texas, in cause number C-3425-99-B . After the clerk's record was filed, appellant filed a
motion to dismiss the appeal. In the motion, appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 27th day of March, 2003 .